# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**James Randolph Michels**

was duly admitted to practice in said Court on

**10/07/2002**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on September 20, 2022 .

LYNDA M. HILL, CLERK OF COURT

By: *H. Blaney*

Deputy Clerk