|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| Agilent Technologies, Inc.,<br>Plaintiff(s),<br>v.<br>Innovative Engineering Systems, Inc.,<br>Defendant(s). | Case No. 4:22-cv-04162-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |
|---|---|

I, **James R. Michels**, an active member in good standing of the bar of **TN and the USDC, MD of TN**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **Innovative Engineering Systems, Inc.** in the above-entitled action. My local co-counsel in this case is **Ned M. Gelhaar and Matthew W. Rosene**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **163185 and 294158**.

| 798 Berry Road #41400, Nashville, TN 37204 | 12121 Wilshire Blvd, Ste 600, Los Angeles, CA 90025 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (615) 852-8408 | (310) 899-2070 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| randy@trusttree.com | ngelhaar@epglawyers.com; mrosene@epglawyers.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **021604**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **0** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2022

James R. Michels
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James R, Michels is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/5/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

**James Randolph Michels**

was duly admitted to practice in said Court on

**10/07/2002**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on September 20, 2022 .

LYNDA M. HILL, CLERK OF COURT

By: *H. Blaney*
Deputy Clerk