1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Agilent Technologies, Inc.            ,

Plaintiff(s),

v.

Innovative Engineering Systems, Inc.
                                              ,
Defendant(s).

Case No. 4:22-cv-04162-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, ___Kevin P. Hartley___, an active member in good standing of the bar of ___TN and the USDC, MD of TN___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Innovative Engineering Systems, Inc. in the above-entitled action. My local co-counsel in this case is Ned M. Gelhaar and Matthew W. Rosene , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ___163185 and 294158___

798 Berry Road #41400, Nashville, TN  37204

MY ADDRESS OF RECORD

(615) 852-8408

MY TELEPHONE # OF RECORD

kevin@trusttree.com

MY EMAIL ADDRESS OF RECORD

12121 Wilshire Blvd, Ste 600, Los Angeles, CA 90025

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 899-2070

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ngelhaar@epglawyers.com; mrosene@epglawyers.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___29199___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  ___October 5, 2022_____

                                               Kevin P. Hartley

                                               APPLICANT

## ORDER GRANTING APPLICATION

## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Kevin P. Hartley_____ is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated:  _____10/5/2022_____

UNITED STATES DISTRICT JUDGE

*United States District Court*
*Northern District of California*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the
Middle District of Tennessee, do hereby certify that

**Kevin P. Hartley**

was duly admitted to practice in said Court on

**12/02/2010**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on September 20, 2022 .

LYNDA M. HILL, CLERK OF COURT

By: _H. Blaney_

Deputy Clerk