John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Lynn M. Humphreys, Bar No. 168062
lhumphreys@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Defendant
INNOVATIVE ENGINEERING SYSTEMS, INC.
dba AGILITECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INNOVATIVE ENGINEERING SYSTEMS, INC., d/b/a AGILITECH, a California corporation,<br><br>　　　　　　　Defendant. | CASE NO.  4:22-cv-04162-HSG<br><br>**NOTICE OF APPEARANCE OF COUNSEL – JOHN V. PICONE III** |

PLEASE TAKE NOTICE of the appearance of John V. Picone III of the firm of Hopkins & Carley, a Law Corporation, as counsel of record for and on behalf of Defendant INNOVATIVE ENGINEERING SYSTEMS, INC., d/b/a AGILITECH in the above-entitled matter. Copies of all filings, orders, pleadings, letter briefs, and all other documents and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> John V. Picone III
> jpicone@hopkinscarley.com
> Hopkins & Carley, a Law Corporation
> 70 South First Street
> San Jose, CA 95113
> Telephone: (408) 286-9800
> Facsimile (408) 998-4790

Dated: January 19, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
John V. Picone III
Attorneys for Defendant
INNOVATIVE ENGINEERING
SYSTEMS, INC. dba AGILITECH