1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Lynn M. Humphreys, Bar No. 168062
   lhumphreys@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Defendant
   INNOVATIVE ENGINEERING SYSTEMS, INC.
11 dba AGILITECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE ENGINEERING SYSTEMS, INC., d/b/a AGILITECH, a California corporation,<br><br>Defendant. | CASE NO.  4:22-cv-04162-HSG<br><br>**DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**UNOPPOSED MOTION**

Pursuant to Civil L.R. 7-11 and 11-5, Defendant Innovative Engineering Systems, Inc., d/b/a Agilitech ("Defendant" or "Agilitech") hereby moves the Court for an order permitting the withdrawal of their counsel of record, James R. Michels and Kevin P. Hartley of Trust Tree Legal, P.C. and Ned M. Gelhaar and Matthew W. Rosene of Enenstein Pham & Glass, and the substitution of new counsel, John V. Picone III, Jeffrey M. Ratinoff and Lynn M. Humphreys of Hopkins & Carley, a Law Corporation, on their behalf in this action. Mr. Picone and other attorneys at the firm Hopkins & Carley have already entered appearances in this matter.

This motion should not delay these proceedings in any significant way and was not made for any improper purpose. Plaintiff Agilent Technologies, Inc. does not oppose this motion.

Accordingly, Defendant respectfully requests that the Court enter an order reflecting this withdrawal and substitution, that all necessary changes be made to the Court's records and ECF system, and that all future communications regarding this case be directed to Hopkins & Carley, a Law Corporation, using the following contact information:

John V. Picone III
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff
jratinoff@hopkinscarley.com
Lynn M. Humphreys
lhumphreys@hopkinscarley.com
Hopkins & Carley, a Law Corporation
70 South First Street
San Jose, CA 95113
Telephone: (408) 286-9800
Facsimile (408) 998-4790

Dated: February 8, 2023         HOPKINS & CARLEY
                                A Law Corporation


                                By: */s/ John V. Picone III*
                                    John V. Picone III
                                    Jeffrey M. Ratinoff
                                    Lynn M. Humphreys
                                    Attorneys for Defendant
                                    INNOVATIVE ENGINEERING
                                    SYSTEMS, INC. dba AGILITECH