1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Lynn M. Humphreys, Bar No. 168062
   lhumphreys@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

10 Attorneys for Defendant
   INNOVATIVE ENGINEERING SYSTEMS, INC.
11 dba AGILITECH

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 AGILENT TECHNOLOGIES, INC., a          CASE NO.  4:22-cv-04162-HSG
   Delaware corporation,
16                                        **ORDER GRANTING DEFENDANT'S**
                  Plaintiff,              **UNOPPOSED ADMINISTRATIVE**
17                                        **MOTION FOR WITHDRAWAL AND**
          v.                              **SUBSTITUTION OF COUNSEL**
18
   INNOVATIVE ENGINEERING
19 SYSTEMS, INC., d/b/a AGILITECH, a
   California corporation,
20
                  Defendant.
21

22

23

24

25

26

27

28

4861-6958-1135.1
ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR SUBSTITUTION OF COUNSEL
4:22-CV-04162-HSG

1       Pursuant to Civil L.R. 7-11 and 11-5, Defendant Innovative Engineering Systems, Inc.,

2   d/b/a Agilitech ("Defendant" or "Agilitech") filed its Unopposed Motion to Withdraw and

3   Substitute Counsel.  The Court is of the opinion that such motion should be granted.

4       It is therefore ORDERED that James R. Michels and Kevin P. Hartley of Trust Tree

5   Legal, P.C. and Ned M. Gelhaar and Matthew W. Rosene of Enenstein Pham & Glass are

6   withdrawn as counsel of record for Defendant, and they shall be removed from the electronic

7   service list in this case.  John V. Picone III, Jeffrey M. Ratinoff and Lynn M. Humphreys of

8   Hopkins & Carley, a Law Corporation, are substituted as counsel for Defendant.  Mr. Picone and

9   other attorneys at the firm Hopkins & Carley have already entered appearances in this matter.

10       **IT IS SO ORDERED**

11

Dated:  2/9/2023

12   _____

HAYWOOD S. GILLIAM, JR.
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4861-6958-1135.1

ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR SUBSTITUTION OF COUNSEL
4:22-CV-04162-HSG