John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Lynn M. Humphreys, Bar No. 168062
lhumphreys@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Defendant
INNOVATIVE ENGINEERING SYSTEMS, INC.
dba AGILITECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE ENGINEERING SYSTEMS, INC., d/b/a AGILITECH, a California corporation,<br><br>Defendant. | CASE NO.  4:22-cv-04162-HSG<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE** |

**STIPULATION**

Plaintiff Agilent Technologies, Inc. ("Agilent" or "Plaintiff") and Defendant Innovative Engineering Systems, Inc., d/b/a Agilitech ("Agilitech" or "Defendant"), by and through the parties' respective attorneys, hereby submit this stipulation regarding the case schedule as follows:

1. On January 27, 2023, the parties participated in an all-day mediation session, and based on the progress made towards settlement, the parties have scheduled a second session with the mediator on February 22, 2023.

2. In the interest of avoiding unnecessary litigation expense, the parties request a 90-day extension of the case management deadlines while they continue to pursue settlement.

3. In light of the foregoing, the parties respectfully request that the Court modify the current case schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | April 28, 2023 | July 27, 2023 |
| Exchange of Opening Expert Reports | May 31, 2023 | August 29, 2023 |
| Exchange of Rebuttal Expert Reports | June 30, 2023 | September 28, 2023 |
| Close of Expert Discovery | July 31, 2023 | October 30, 2023 |
| Dispositive Motion Hearing Deadline | September 21, 2023 | December 20, 2023 |
| Pretrial Conference | December 12, 2023 | March 20, 2024 |
| Jury Trial (5 days) | January 8, 2024 | April 8, 2024 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 17, 2023          PERKINS COIE LLP


By: */s/ Thomas L. Holt*
   Thomas L. Holt
   Attorneys for Plaintiff
   AGILENT TECHNOLOGIES, INC.

Dated: February 17, 2023          HOPKINS & CARLEY
                                  A Law Corporation


By: */s/ Jeffrey M. Ratinoff*
   John V. Picone III
   Jeffrey M. Ratinoff
   Lynn M. Humphreys
   Attorneys for Defendant
   INNOVATIVE ENGINEERING
   SYSTEMS, INC. dba AGILITECH

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: February 17, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Lynn M. Humphreys
    Attorneys for Defendant
    INNOVATIVE ENGINEERING
    SYSTEMS, INC. dba AGILITECH