ANDREW N. KLEIN (SBN #300221)
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:	650.838.4409
Facsimile:	650.838.4350

THOMAS L. HOLT *(Pro Hac Vice)*
THolt@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Dr., 34th Floor
Chicago, Illinois 60606
Telephone:	312.324.8400
Facsimile:	312.324.9400

ALEXANDER J.A. GARCIA (SBN #259752)
AGarcia@hollandhart.com
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone:	303.473.2700
Facsimile:	303.473.2720

JULIE A. KENT (SBN #302213)
JAkent@hollandhart.com
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone:	303.290.1615
Facsimile:	303.200.9261

Attorneys for Plaintiff Agilent Technologies, Inc.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>INNOVATIVE ENGINEERING SYSTEMS, INC., d/b/a AGILITECH, a California corporation,<br><br>           Defendant. | Case No. 4:22-cv-04162-HSG<br><br>**STIPULATED REQUEST FOR DISMISSAL** |

1

161315056.1

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Agilent Technologies, Inc. ("Agilent") and Defendant Innovative Engineering Systems, Inc., d/b/a Agilitech ("Agilitech") hereby stipulate to dismiss this action in its entirety without prejudice, and that this Court retain jurisdiction over all disputes arising between the Parties related to the subject matter of this action. The Parties request that the Court provide in the dismissal order that as of September 22, 2024 (unless advised sooner by the Parties), the order dismissing the Lawsuit will become a dismissal with prejudice without the need for further action by the Parties.

Each party will bear its own costs and attorneys' fees incurred in this action.

IT IS SO STIPULATED.

Dated: March 8, 2023                    PERKINS COIE LLP

                                        By: */s/ Thomas L. Holt*
                                            Andrew N. Klein, Bar No. 300221
                                            AKlein@perkinscoie.com
                                            THOMAS L. HOLT (*Appear Pro Hac Vice*)
                                            THolt@perkinscoie.com

                                            HOLLAND & HART LLP

                                            ALEXANDER J.A. GARCIA (SBN #259752)
                                            AGarcia@hollandhart.com
                                            JULIE A. KENT (SBN #302213)
                                            JAKent@hollandhart.com

                                            Attorneys for Plaintiff
                                            Agilent Technologies, Inc.

Dated: March 8, 2023                            HOPKINS & CARLEY

                                                By: */s/John V. Picone, III*
                                                    JOHN V. PICONE, III
                                                    jpicone@hopkinscarley.com
                                                    JEFFREY MICHAEL RATINOFF
                                                    jratinoff@hopkinscarley.com
                                                    LYNN M. HUMPHREYS
                                                    lhumphreys@hopkinscarley.com

                                                    Attorneys for Defendant
                                                    Innovative Engineering Systems, Inc. d/b/a
                                                    Agilitech

161315056.1