ANDREW N. KLEIN (SBN #300221)
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4409
Facsimile: 650.838.4350

THOMAS L. HOLT *(Pro Hac Vice)*
THolt@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Dr., 34th Floor
Chicago, Illinois 60606
Telephone: 312.324.8400
Facsimile: 312.324.9400

ALEXANDER J.A. GARCIA (SBN #259752)
AGarcia@hollandhart.com
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303.473.2700
Facsimile: 303.473.2720

JULIE A. KENT (SBN #302213)
JAkent@hollandhart.com
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: 303.290.1615
Facsimile: 303.200.9261

Attorneys for Plaintiff Agilent Technologies, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INNOVATIVE ENGINEERING SYSTEMS, INC., d/b/a AGILITECH, a California corporation, <br><br> Defendant. | Case No. 4:22-cv-04162-HSG <br><br> **STIPULATED REQUEST FOR DISMISSAL; ORDER** |

1

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Agilent Technologies, Inc. ("Agilent") and Defendant Innovative Engineering Systems, Inc., d/b/a Agilitech ("Agilitech") hereby stipulate to dismiss this action in its entirety without prejudice, and that this Court retain jurisdiction over all disputes arising between the Parties related to the subject matter of this action. The Parties request that the Court provide in the dismissal order that as of September 22, 2024 (unless advised sooner by the Parties), the order dismissing the Lawsuit will become a dismissal with prejudice without the need for further action by the Parties.

Each party will bear its own costs and attorneys' fees incurred in this action.

IT IS SO STIPULATED.

Dated: March 9, 2023                           PERKINS COIE LLP

                                               By:    */s/ Thomas L. Holt*
                                                      Andrew N. Klein, Bar No. 300221
                                                      AKlein@perkinscoie.com
                                                      THOMAS L. HOLT (*Appear Pro Hac Vice*)
                                                      THolt@perkinscoie.com

                                                      HOLLAND & HART LLP

                                                      ALEXANDER J.A. GARCIA (SBN #259752)
                                                      AGarcia@hollandhart.com
                                                      JULIE A. KENT (SBN #302213)
                                                      JAKent@hollandhart.com

                                                      Attorneys for Plaintiff
                                                      Agilent Technologies, Inc.

Dated:  March 9, 2023				HOPKINS & CARLEY, A Law Corporation

					By:  /s/ John V. Picone III
						JOHN V. PICONE III
						jpicone@hopkinscarley.com
						JEFFREY MICHAEL RATINOFF
						jratinoff@hopkinscarley.com
						LYNN M. HUMPHREYS
						lhumphreys@hopkinscarley.com

						Attorneys for Defendant
						Innovative Engineering Systems, Inc. d/b/a
						Agilitech

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  3/10/2023				_____
						HAYWOOD S. GILLIAM, JR.
						United States District Judge

3

4886-9102-8822.1